BARRY J. PORTMAN
Federal Public Defender
DAVID W. FERMINO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PATINO-ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0116 JSW |
| vs. | ) | EX PARTE REQUEST AND ~~[PROPOSED]~~ ORDER TO CONTINUE SENTENCING DATE |
| EMILIO PATINO-ORNELAS, | ) | |
| Defendant. | ) | |

    Defendant Emilio Patino-Ornelas, by and through his counsel of record, Assistant Federal Public Defender David W. Fermino, requests as follows:

    (1) Defendant moves to continue this matter from Thursday, October 6, 2005 to Thursday October 27, 2005 or Thursday, November 3, 2005. Counsel for defendant was out of the office on annual leave and returned to work on October 4, 2005. As a result, counsel did not have adequate time to prepare a sentencing memorandum or to meet and confer with his client regarding the contents of the final presentence report. Counsel for the defendant requests a short continuance to prepare the memorandum and meet with his client to review the final PSR.

- 1 -

(2) AUSA Michael Nerney is out of the office until October 24, 2005. In his absence, I spoke with his supervisor Douglas Sprague and told him about my request to continue the sentencing. AUSA Sprague indicated that he did not have an objection to my request.

Case 3:05-cr-00116-JSW   Document 22   Filed 10/05/2005   Page 2 of 2

(3) I spoke with Courtroom Clerk, Ms. Ottolini and she indicated that I should request either October 27, 2005 or November 3, 2005.

(4) The parties agree that the date for the scheduled hearing should be continued from Thursday, October 6, 2005 to Thursday October 27, 2005 or Thursday, November 3, 2005.

DATED:

_____
DAVID W. FERMINO
Assistant Federal Public Defender

ORDER

For good cause shown, IT IS HEREBY ORDERED that counsel's request for a continuance of the sentencing date be continued from Thursday, October 6, 2005 to ~~Thursday October 27, 2005 or~~ Thursday, November 3, 2005.

Counsel are advised that such last minute requests will not be tolerated in the future, and are reminded to contact the Probation Officer as well about requested continuances.

IT IS SO ORDERED

DATED: October 5, 2005

_____
JEFFREY S. WHITE
United States District Judge

- 2 -